IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1:58

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

EXCEL TRANSPORTATION SERVICES, INC.   )
                                      )
        Plaintiff,                    )
                                      )   Civil No. 05-2832-B/A
-v-                                   )
                                      )
ROCA & SON, INC., d/b/a Roca Express  )
Cargo and Courrier, a Florida Corp.   )
                                      )
        Defendant.                    )

## DEFAULT

Upon the Request and Affidavit of the plaintiff, Excel Transportation Services, Inc., filed on December 19, 2005, DEFAULT IS HEREBY ENTERED against the defendant, <u>ROCA & SON, INC.</u>, pursuant to FRCvP 55(a).

In accordance to FRCvP 4, service of process was executed against the defendant.

For good cause shown, the court may set aside this entry for default, pursuant to Rule 55(c).

Entered this 20th day of December, 2005.

THOMAS M. GOULD,
Clerk of Court

BY: _Earline Drayer_
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-20-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02832 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

F. R. Damm
Clark Hill, PLC
500 Woodward Ave
Suite 3500
Detroit, MI 48226

Matthew W. Heron
CLARK HILL, PLC
500 Woodward Ave.
Ste. 3500
Detroit, MI 48226

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT